**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William Michael NEWMAN, Defendant—Appellant.**

No. 07–30014.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007 *.

Filed Nov. 20, 2007.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

William Michael Newman appeals from the 115–month sentence imposed following his guilty-plea conviction for receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Newman contends that his 115–month sentence is unreasonable and that the district court failed to provide a reasoned explanation of his sentence pursuant to 18 U.S.C. § 3553(c). We conclude that Newman's sentence is not unreasonable, *see United States v. Plouffe,* 445 F.3d 1126, 1131–32 (9th Cir.), *cert. denied,* 547 U.S. 1158, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006), and that the district court judge provided sufficient reasons for the sentence imposed. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.